IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THOMAS MATTHEW RIEMER**                                                                 **PLAINTIFF**

V.                                       **CASE NO. 5:23-CV-05161**

**UNITED STATES MARSHALS SERVICE;**
**ACTING U.S. MARSHAL MIKE OGLESBY;**
**KARAS CORRECTIONAL HEATH SERVICES;**
**PARAMEDIC JAKE SMOTHERS,**
Karas Correctional Health Services;
**SHERIFF JAY CANTRELL,**
Washington County, Arkansas;
**DEPUTY E. REX; and**
**WASHINGTON COUNTY SHERIFF'S DEPARTMENT**                    **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation (Doc. 14) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The deadline to file objections was extended to December 1, 2023, *see* Doc. 15, and no objections were filed.

Having reviewed this case, the Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, all claims are dismissed pursuant to 28 U.S.C. § 1915A(b) *except*: the official capacity claim for injunctive relief against the USMS, the official capacity claim against Karas Correctional Health Services, the official capacity claim against Defendant Cantrell, and the individual and official capacity claims against Defendant Rex.

**IT IS SO ORDERED** on this 4th day of December, 2023.

                                         */s/ Timothy L. Brooks*
                                         TIMOTHY L. BROOKS
                                         UNITED STATES DISTRICT JUDGE