IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS MATTHEW RIEMER                                                                 PLAINTIFF

V.                              CASE NO. 5:23-CV-05161

UNITED STATES MARSHALS SERVICE;
KARAS CORRECTIONAL HEALTH SERVICES;
SHERIFF JAY CANTRELL, Washington County,
Arkansas; and DEPUTY CODY REX                                                        DEFENDANTS

## ORDER

Now pending before the Court is a Report and Recommendation ("R&R") (Doc. 52) filed on April 16, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  On April 29, 2024, Plaintiff Thomas Matthew Riemer notified the Court of a change of address. *See* Doc. 55. After verifying that the Clerk had mailed Mr. Riemer another copy of the R&R, the Court extended the deadline to file objections to May 20, 2024. *See* Doc. 56. On the new deadline, the Court received another request from Mr. Riemer for more time to file objections. *See* Doc. 59. The Court granted the request the same day and set a new objection deadline of June 17, 2024. *See* Doc. 60. In the text-only Order setting the new deadline, the Court warned Mr. Riemer that it "d[id] not anticipate granting any further extensions absent a showing of extraordinary good cause." *Id.*

On May 28, 2024, Mr. Riemer filed a document titled, "Motion for Abatement of Proceedings." (Doc. 61). The filing referenced the pending motion for summary judgment—not the R&R or the motions discussed in the R&R. Magistrate Judge Comstock entered an Order (Doc. 63) extending Mr. Riemer's deadline to respond to the motion for summary judgment; she did not extend the deadline to file objections to the

1

R&R. The objection deadline has now passed, and no objections were filed. Considering the procedural history outlined above, the Court conducted a *de novo* review of the entire case file, with a particular focus on the briefing on the motions that are discussed in the R&R. The Court agrees with the Magistrate Judge's reasoning and recommendation.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 52) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Plaintiff Riemer's Motion for Temporary Restraining Order (Doc. 39) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant United States Marshals Service's Motion to Dismiss (Doc. 36) is **GRANTED**, and the Clerk of Court is **DIRECTED** to terminate the Marshals Service as a defendant to this action.

**IT IS SO ORDERED** on this 18th day of June, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE