IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THOMAS MATTHEW RIEMER**                                                                                              **PLAINTIFF**

**V.**                                            **CASE NO. 5:23-CV-5161**

**SHERIFF JAY CANTRELL,**
**Washington County, Arkansas;**
**DEPUTY CODY REX; and**
**APRN KELLEY HINELY, Karas Correctional Health**                           **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 122) filed in this case on July 16, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Court finds that the Motion for Summary Judgment (Doc. 85) filed by Defendant Hinely and the Motion for Summary Judgment (Doc. 95) filed by Defendants Cantrell and Rex are both **DENIED**.

The case **remains referred** to the Magistrate Judge.

**IT IS SO ORDERED** on this 6th day of August, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1