**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**THOMAS MATTHEW RIEMER**                                                  **PLAINTIFF**

**V.**                                **CASE NO. 5:23-CV-5161**

**SHERIFF JAY CANTRELL,**
**Washington County, Arkansas;**
**DEPUTY CODY REX, Washington County**
**Detention Center; and APRN KELLEY HINELY,**
**Karas Correctional Health**                                            **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 179) filed in this case on July 21, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendant Kelley Hinely's Motion for Summary Judgment (Doc. 144) and Defendants Jay Cantrell and Cody Rex's Motion for Summary Judgment (Doc. 148) are both **GRANTED**. The case is **DISMISSED WITH PREJUDICE**, and judgment shall enter contemporaneously with this Order.

**IT IS SO ORDERED** on this 10th day of August, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE