**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**THOMAS MATTHEW RIEMER**                                                **PLAINTIFF**

**V.**                                **CASE NO. 5:23-CV-5161**

**SHERIFF JAY CANTRELL,
Washington County, Arkansas;
DEPUTY CODY REX, Washington County
Detention Center; and APRN KELLEY HINELY,
Karas Correctional Health**                                            **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 10th day of August, 2026.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE